

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: June 14, 2018

Re: Renee Burke, MD, P.C. v. Candela Corporation

USDC Case Number: 17 cv 105

Dear Clerk:

Pursuant to the order entered by Honorable **Robery Blakey**, on 3/9/2018, the above record was

✓ electronically transmitted to United States District Court for the District of Massachusetts.

☐ paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

        Sincerely,
        Thomas G. Bruton, Clerk

        By:    /s/ M. Astell
                Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016